STATE OF CALIFORNIA  
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
AUG 31 2011 PM 12:54

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| FISHER | MELVIN | D-74800 | Melvin Fisher |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| Delta North 218 | | | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Warden Figueroa, I need to have an interview with you concerning the agreement we had concerning Cognitive Behavior Program and it was to show you proof of a completion of a program and you would remove me. Well, I'm still being threatened to be moved to that hostile environment which is an adverse effect on me totally. So I'm asking you to please take care of the situation because its for my safety and rehabilitation!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**  
☑ SENT THROUGH MAIL: ADDRESSED TO: Warden Figueroa, N.E.C.F.  DATE MAILED: 08/31/11  
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|---|
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Ms. Sonpler, What is this inmates status? Did he complete it's already 9/7/11

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

He is going on

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

Tell him refuse. 9/13/11

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

We are done

LOGGED

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

AUG 24 2011 PM 1:53

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Fisher, | Melvin | F-74800 | Melvin Fisher |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| DN-218 | | | |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Warden Figueroa, I spoke to you during the audit in the gym concerning your order wasn't carried out by AW Perez. The situation was that upon me showing you proof of a program, you would remove me from "Cognitive-Behavior!" I had the Salvation Army to send you a letter of completion and they sent me a copy and I showed you, and I gave a copy to AW Perez. You also told him to take care of it. AW Perez tells me that its a committee action and Ms. L Stanley says the some thing," in which it wasn't, I was present and I asked to be placed on labor only list.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: Warden Figueroa N.F.C.F. DATE MAILED: 08/22/11
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| T. White | 8-22-11 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Fisher, Melvin | F-74800 | Melvin Fisher |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| Goff-Bravo 127 | Cognitive Behavior | | Photo's of Injury |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I'm requesting photos of my injury for my litigation. I have ask Unit Manager Ware, CC-Smith, Nurses that was doing rounds and everybody that came into this pod.

"I need my picture taken so as possible, please, thank!"

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| Smith | 10-16-11 | | YES |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| Wehr | 10-16-11 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Last) | (First) | CDC NUMBER | SIGNATURE |
|---|---|---|---|
| Fisher | Melvin | E-74810 | Melvin Fisher |

| HOUSING | ASSIGNMENT | HOURS FROM / TO | TOPIC |
|---|---|---|---|
| Golf Bravo 127 | Cognitive Behavior | | Photos of Injuries |

**CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:**

Chief Hageman, I was told on 10-19-11 approx 11:30AM by Unit Manager Wehr that he was waiting the paperwork concerning me getting photos of my injuries. Chief Hageman I'm asking you, Can I get pictures taken of my injuries for litigation, please, thank you!?

P.S. My face is evidence and I need the pictures right away!

**METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**
☐ SENT THROUGH MAIL: ADDRESSED TO: _____ DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY STAFF (PRINT NAME) | DATE | SIGNATURE | FORWARDED TO ANOTHER STAFF |
|---|---|---|---|
| WEHR | 10/12/11 | [sig] | O |
| HAGEMAN | | 10/12/11 | O |

### SECTION B: STAFF RESPONSE

[blank]

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP YOUR COPY.

[blank]

### SECTION D: SUPERVISOR'S REVIEW

[blank]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Member's Copy; Goldenrod - Inmate/Parolee for Mailing

# INMATE/PAROLEE APPEAL SCREENING FORM

-PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDCR 602-

Name : Fisher, Melvin        CDCR# : F74800        Issue : Staff        Housing : JB206

☐ YOUR CDCR 602 APPEAL FORM HAS BEEN REJECTED AND IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S). YOU HAVE 30 CALENDAR DAYS TO CORRECT THE PROBLEM AND RESUBMIT YOUR APPEAL:

☐ 1. The action or decision being appealed has not yet occurred.
☐ 2. No material adverse effect demonstrated.
☐ 3. Limit of one non-emergency appeal per 14 calendar days. Last appeal filed on         .
☐ 4. Appeal contains threatening, obscene, demeaning or abusive language.
☐ 5. Limit of one CDCR 602-A may be attached.
☐ 6. General allegation. Appeal does not state facts or specify and act or decision to support the allegation.
☐ 7. Incomplete – Supporting Documentation Required:
   ☐ CDCR Form 22           ☐ CCA 16-1B – Unacceptable Mail
   ☐ CCA 13-80A3 – Medical Request   ☐ CCA 16-1H – Other Denied Mail
   ☐ CCA 16-1G – Denied Publications  ☐
   ☐ CCA 9-5B – Cell Search Receipt   ☐ Other: COCF 695
☐ 8. Appeal contains multiple, unrelated issues.
☐ 9. Pointless verbiage/Excessive unrelated documentation.
☐ 10. Incomplete – CDCR 602, 602-A or 602-G:
   ☐ Sign and date Section    on CDCR 602/602-A      ☒ Complete Section B on CDCR 602/602-A/602-G
   ☐ Incomplete Primary Appellant information on CDCR 602-G   ☐ Incomplete additional appellant information on CDCR 602-G
☐ 11. Appeal or documentation is defaced or contaminated with physical/organic objects or samples.
☐ 12. Appeal or documentation includes tabs or dividers.
☐ 13. Not authorized to bypass any level.
☐ 14. Attempting to change original appeal issue.
☐ 15. Appeal must begin in Sections A and B. Cannot write "See Attached."
☐ 16. The action or decision being appealed is not within the jurisdiction of Corrections Corporation of America (CCA). Submit the appe directly to the California Department of Corrections and Rehabilitation (CDCR).
☐ 17. Appealing an action not yet taken.
☐ 18. Other: See "Comments" section below.

☒ YOUR CDCR 602 APPEAL FORM HAS BEEN CANCELLED AND IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. Duplicate appeal.
   ☐ Your first appeal is currently under review at the 1st level.
   ☐ This appeal has been withdrawn.
   ☐ Your appeal was completed, Log #       .
☐ 2. Failure to comply with instructions from previous screen outs.
☒ 3. Time constraints.
☐ 4. Cannot submit an appeal on behalf of another person.
☐ 5. Appellant refuses to be interviewed and/or cooperate with the reviewer.
☐ 6. Appealing on behalf of a private citizen.
☐ 7. Appeal resolved at a previous level.
☐ 8. Other: See comments section.

NOTE: Cancellations may not be appealed except as noted in CCR Section 3084.6(e).

COMMENTS:
Per Title 15 3084.6(c)(4) and the instructions listed on the 602HC you had 30 calendar days in which to file an appeal on this issue. You have exceeded that time constraint.

_[signature]_                                                2/10/12
B. Barton                                                    Date
Grievance Coordinator
North Fork Correctional Facility

CDCR 695

**Permanent Appeal Attachment**          **DO NOT REMOVE**

STATE OF CALIFORNIA                                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT/INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 04/11)                                                                                                                                           Side 1

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | | |
| Signature: | | Date: | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**                  **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): Fisher, Melvin | CDC Number: F-74800 | Unit/Cell Number: JB-206 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
_Negligence on the employee's behalf causing injuries to an inmate_

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): _Officer Johnson failed to provide me adequate safety on 10-11-11, during the riot. During golf-bravo gym schedule at 10:20 am on 10-11-11, me and three other african americans intered the gym guarded by Officer Johnson._

B. Action requested (If you need more space, use Section B of the CDCR 602-A): _I want to be compensated for my life-long injuries. Also, I'm in agreement with the title 15 handbook at §3415. It states persons who are not employed by the Department of Corrections, but who are assigned to or engage in work at any departmental_

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☑ No, I have not attached any supporting documents. Reason: _Because it is all on the Pelco Video System here at North Fork Correctional Facility - The Mile - Yard 2, expansion gym walkway_

Patient/Inmate Signature: _Melvin Fisher_                    Date Submitted: _1-19-12_

☐ By placing my initials in this box, I waive my right to receive an interview.

---

Staff Use Only                                                Staff – Check One: Is CDCR 602-A Attached? ☑ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section
☑ Rejected (See attached letter for instruction):  Date: FEB - 2 2012   Date: ~~2-10-2012~~  Date: _____  Date: _____
☑ Cancelled (See attached letter): Date: 2·10·2012
☐ Accepted at the First Level of Review
  Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____            Interview Location: _____
Your appeal issue is:     ☐ Granted     ☐ Granted in part     ☐ Denied     ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
           (Print Name)

Reviewer: _____ Title: _____ Signature: _____
           (Print Name)

| Date received by HCAC: | HCAC Use Only |
| | Date mailed/delivered to appellant: ___/___/___ |

STATE OF CALIFORNIA                                                                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                                                                                      Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
|  |  |  | 7 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.                                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Fisher, Melvin | F-74800 | JB-206 |  |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** At one time she asked everyone to get against the wall. Then she preceded to count, then we heard that it was multiple inmates fighting over the radio. While trying to get out the gym as the Mexicans (Soreno's) were too, to see what was going on. They doubled back on us (4) African Americans inmates and started attacking us (4) African Americans inmates by approximately 40 Mexicans (Soreno's). In the process of us (African American inmates) trying to get out the gym door, Officer Johnson ran out before us and shut the door and held the door with her feet, "causing me to run into the door and to break my nose instantly on the door." If Officer Johnson wouldn't have held the door, I wouldn't have these injuries. I have received a broken nose, two permanent black eye marks that won't leave, and pinched nerves in my neck, that hurts constantly and all medical done was stitch me up and sent me to the hospital and hasn't done anything else to help me! Per title 15, §3271. Responsibility of Employees. Officer Johnson as an employee of CCA and contracted by California failed to provide me with safety. Regardless of her assignment, it is the policy of CCA and California's responsibility to provide me with safety while in their custody. Furthermore, Officer Johnson reactions of state of mind caused me great bodily injuries and harm.

Inmate/Parolee Signature: *Melvin Fisher*                                      Date Submitted: 1-19-12

**B. Continuation of CDCR 602, Section B only (Action requested):** facility must observe all rules, regulations and laws governing the conduct of employees at that facility. Failure to do so may lead to exclusion from department facilities. It is clearly from Officer Johnson failing to provide me safety, instead she caused me harm. Therefore, Officer Johnson should be held accountable to the title 15, §3271, for her actions and my harm along with my injuries, because she prevented me from away to safety by holding the door with her foot.

Inmate/Parolee Signature: *Melvin Fisher*                                      Date Submitted: 1-19-12

RECEIVED FEB 12 2012
RECEIVED 2·10·2012

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*February 02, 2012*

***FISHER, F74800***
*OK-NFORK*

STAFF COMPLAINTS, Failure to Act, 02/02/2012
Log Number: COCF-D-
(Note: Log numbers are not assigned to screen out appeals)

The enclosed documents are being returned to you for the following reasons:

***Be advised that this appeal issue should be submitted to the appropriate CDCR unit for review.***

***3rd Notice:***

*You were already notified on 11-4 and 11-22 that your issue was determined not to meet the criteria for processing as a staff complaint. If you have any medical issues, submit them to North Fork Correctional Facility.*

***Date submitted by inmate: 10/12/11 (resubmitted 11/13/11 and again on 1-19-12)***

R. Flowerree/T. Taber
Appeals Coordinator
Contract Beds Unit (CBU)

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**