FEE PAID NO  
IFP Received: YES  
I.F.P Amt: $ 350.00                              MAGISTRATE   ROBERT BACHARACH

# Civ-12-231 F

FISHER v. FIGUEROA, et al

**NEVER IN THIS COURT BEFORE**